PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Charles Christopher Walker</u>  Case Number: <u>3:02-00043</u>

Name of Sentencing Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>February 21, 2003</u>

Original Offense: <u>21 U.S.C. § 841(a)(1), Simple Possession of Cocaine (lesser included offense), 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924, Convicted Felon in Possession of a Firearm, 18 U.S.C. § 924(c)(1), Use and Carry of a Firearm in Relation to Drug Trafficking and 18 U.S.C. § 2, Aiding and Abetting</u>

Original Sentence: <u>152 months' custody and 5 years supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>September 26, 2014</u>

Assistant U.S. Attorney: <u>Unassigned</u>    Defense Attorney: <u>Unassigned</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __14th__ day of __April__, 2015,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

Joshua Smith
U.S. Probation Officer

Place        Nashville, Tennessee

Date         April 10, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On March 7, 2015, Mr. Walker was issued a citation by the Metropolitan Nashville Police Department for Driving on a Suspended License. On March 30, 2015, he was booked on the charge. His next court date is set for June 3, 2015, in Davidson County General Sessions Court.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Walker began supervised release on September 26, 2014. He is scheduled to terminate supervision on September 25, 2019.

On April 7, 2015, the probation officer spoke with Mr. Walker about the citation. He reported that he had been at a party with a friend who had consumed too much alcohol. Mr. Walker believed it would be better for him to drive without a valid license, rather than his friend to drive while intoxicated.

Mr. Walker is currently employed at Jiffy Lube in Nashville, Tennessee. He lives in Nashville, Tennessee.

### U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken by the Court at this time. The U. S. Attorney's Office has been notified and concurs with the above recommendation.

Approved by: _____
Vidette Putman
Supervisory U.S. Probation Officer